**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE GREGORY, | No. C06-3501 JCS |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| ALAN TRAENKNER, ET AL., | |
| Defendants. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: June 6, 2006

JOSEPH C. SPERO
United States Magistrate Judge