United States District Court
For the Northern District of California

1
2
3
4         UNITED STATES DISTRICT COURT
5         NORTHERN DISTRICT OF CALIFORNIA

6  GENE GREGORY,                          Case No. 06-03501 JCS

7             Plaintiff(s),
                                          **ORDER VACATING ORDER OF**
8      v.                                 **RECUSAL [Docket No. 3]**

9  ALAN TRAENKNER, ET AL.,

10            Defendant(s).
                                    /
11
12
13   IT IS HEREBY ORDERED the Order of Recusal, filed on June 6 2006, is vacated.
14   IT IS SO ORDERED.
15
16  Dated: June 6, 2006
                                          _____
17                                        JOSEPH C. SPERO
                                          United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28