**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6   GENE GREGORY,                           Case No.  06-03501 JCS
7              Plaintiff(s),
8         v.                                **ORDER DENYING WITHOUT
                                            PREJUDICE PLAINTIFF'S REQUESTS
                                            FOR RELIEF IN JUNE 16, 2006 LETTER**
9   ALAN TRAENKNER, ET AL.,                 **[Docket No. 5]**
10             Defendant(s).
11  _____/
12
13         On June 16, 2006, the Court received an ex parte letter from Plaintiff requesting relief in a
14  variety of forms.  The Court will not entertain these requests until Defendants have been served and
15  given an opportunity to respond.  The requested relief is therefore DENIED without prejudice to
16  raising these issues after Defendants in this action have been served.
17
18  Dated:  June 22, 2006
19                                          _____
                                            JOSEPH C. SPERO
20                                          United States Magistrate Judge
21
22
23
24
25
26
27
28