IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENE GREGORY,

    Plaintiff,

  v.

ALAN TRAENKNER et al.,

    Defendants.

                                    /

No. C-06-3501 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the multiple motions to dismiss currently scheduled to be heard in the instant action, there appears to be no need to hold a case management conference at this time. Accordingly, the September 1, 2006 case management conference is hereby CONTINUED to December 1, 2006 at 10:30 a.m. The parties shall file a joint case management statement no later than November 22, 2006.

    **IT IS SO ORDERED.**

Dated: August 28, 2006

MAXINE M. CHESNEY
United States District Judge