IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE GREGORY,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAN TRAENKNER, et al.,<br><br>    Defendants.<br>_____ / | No. C-06-3501 MMC<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>(Docket Nos. 17, 21) |

    Before the Court is (1) the motion filed July 21, 2006 by defendant Stan Casper to dismiss the claims asserted against him; and (2) the motion filed July 27, 2006 by defendant Alan Traenkner for a more definite statement of the claims asserted against him. Having considered the papers filed in support of and in opposition to the motions, the Court finds the matters appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the September 8, 2006 hearing.

    **IT IS SO ORDERED.**

Dated: September 1, 2006

                                           MAXINE M. CHESNEY
                                           United States District Judge